79,299-02

# IN The Court of Criminal Appeals of Texas

Abel Acosta Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 02 2015

MOTION DENIED
DATE: 3-6-15
BY: PC

NO. WR-79,299-02

Ex Parte David Earl Stanley, Applicant

On Application For a Writ of Habeas Corpus
Cause No. 191978 in the 411th District Court
From Polk County

Motion For The Court of Criminal Appeals
To Grant Applicants' Prayer For Relief as
Requested in his pending Application For writ
of Habeas Corpus pursuant to Texas Code of
Criminal Procedure, art 11.07

Relator/Applicant, David Earl Stanley, in Pro Se, IN Support of this Motion would Show This Honorable Court the following:

(1.) An Application For writ of Habeas Corpus was presented to this Court, by the Trials Clerk on October 6, 2014;

(2.) On November 26, 2014, this Court, Per Curiam, entered an Order directing the Trial Court to "Order Applicant's Trial Counsel to respond to Applicant's Claim of ineffective assistance of Counsel.";

(3.) This Honorable Court also ordered that the Trial Court Could rely on its personal recollections pursuant to Tex. Code of Criminal Procedure, art 11.073(d), even though the Trial Judge

in this matter is retired from the Bench for 2 years.

(4.) This Court further Ordered that the Trial Court "Make Findings of fact and Conclusions of Law as to whether the the performance of Applicant's trial Counsel was deficient and, if so, whether Counsel's deficient performance prejudiced Applicant." This Court also ordered that the trial Court "Shall also make any other findings of fact and conclusions of Law that it deems relevant and appropriate to the disposition of Applicant's claim for habeas Corpus.";

(5) This Honorable Court further Ordered that the Application would be "held in abeyance until the Trial Court has resolved the fact issues" and that "The issues shall be resolved within 90 days of this Order." (Nov. 26, 2014)

(6.) As of February 24, 2015, that 90 days have passed and the Applicant has no Knowledge of the Trial Court Complying with This Court's orders.

(7.) The Trial Court has done nothing to comply with this Court's Orders and, by its failure to respond and resolve these issues before this Court, Applicant believes the Court has thereby admitted that the Claims, assertions and facts as stated within the Application are to be considered as true, accurate and correct and entitling the Applicant to the relief Sought.

(8.) To this Applicant's Knowledge, the Trial Court has not requested an extention of time to Comply with this Courts Orders and any such extention would be against the interests of Justice.

(9.) This Motion is made in Good faith and in the interests of Justice.

## Conclusion and Prayer

(2)

Wherefore, Applicant David Earl Stanley, Respectfully Prays this Honorable Court to Grant his Application for writ of Habeas Corpus and Orders the Conviction reversed and remanded and for the immediate Release of Applicant. The Applicant would further Pray for Such other and further relief as this Court may deem Just and equitable.

Dated: February 27, 2015

Respectfully Submitted by:

David Earl Stanley

David Earl Stanley, In Prose
1805803, Neal Unit
9055 Spur 591
Amarillo, Tx, 79107

## Certificate of Service

I, David Earl Stanley, have on this 27th day of February, 2015, placed a true and Correct Copy of the foregoing Motion in the United States Mail, addressed to the Clerk of the District Court, Kathy E. Clifton, whose address is 101 west Mill street, Suite 216, Livingston, Tx, 77351

David Earl Stanley

Dated; February 27, 2015

David Earl Stanley

(3)